*1193 ante, p. 1103;
ante, p. 1104;
519 U. S. 1098;
519 U. S. 1082;
519 U. S. 1152;
519 U. S. 1153;
ante, p. 1106;
519 U. S. 1134;
*1194 No. 96-7306.
No. 96-7323.
No. 96-7440.
No. 96-7567.
No. 96-7590.
No. 96-7650.
No. 96-7673.
No. 96-7773.
No. 96-7828.
ante, p. 1106;-
ante, p. 1107;
ante, p. 1124;
519 U. S. 1107;
ante, p. 1109;
ante, p. 1127;
ante, p. 1109;
ante, p. 1102; and
ante, p. 1131. Petitions for rehearing denied.